UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-24805-CIV-MARTINEZ-REID

JORGE LUIZ GONZALEZ,

    Plaintiff,

vs.

ANDREW M. SAUL, Commissioner of
Social Security Administration,[1]

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Plaintiff Jorge Luiz Gonzalez's Motion for Summary Judgment, (ECF No. 21) and Defendant Kilolo Kijakazi's Motion for Summary Judgment, (ECF No. 26). After holding a hearing, Judge Reid filed a Report and Recommendation ("R&R"), recommending that Plaintiff's Motion for Summary be denied, and Defendant's Motion for Summary Judgment be granted. (ECF No. 30). Plaintiff timely filed Objections to the R&R, (ECF No. 31), to which the Defendant responded. (ECF No. 32).

The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Objections, agrees with Judge Reid that Plaintiff's Motion for Summary Judgment should be denied, and Defendant's Motion for Summary Judgment should be granted. The Court overrules Plaintiff's Objections to the R&R. (ECF No. 31). Accordingly, after careful

---

[1] Andrew M. Saul is now the Commissioner of Social Security Administration. Therefore, Mr. Saul is automatically substituted as the Defendant in this suit. *See* Fed. R. Civ. P. 25(d); 42 U.S.C. § 405(g).

consideration, it is hereby

**ORDERED AND ADJUDGED** that

1. United States Magistrate Judge Reid's Report and Recommendation, (ECF No. 30), is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment, (ECF No. 21), is **DENIED**.

3. Defendant's Motion for Summary Judgment, (ECF No. 26), is **GRANTED**.

4. The Clerk of Court is **DIRECTED to CLOSE** this case.

5. Final judgment shall be entered by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of August, 2022.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record