UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-24805-CIV-MARTINEZ

JORGE LUIS GONZALEZ,

    Plaintiff,

vs.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security
Administration,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Attorney's Fees ("Motion"), (ECF No. 42). Judge Reid filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 46). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Reid's R&R, (ECF No. 46), is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion, (ECF No. 42), is **GRANTED in part and DENIED in part**. Defendant is **DIRECTED** to transmit to lead counsel for Plaintiff, Joseph Teplicki, a check in the amount of $25,116.16, payable to counsel.

**DONE AND ORDERED** in Miami, Florida, this 7th day of February, 2024.

                                                            _____
                                                           JOSE E. MARTINEZ

Copies provided to:                           UNITED STATES DISTRICT JUDGE
Magistrate Judge Reid
All Counsel of Record